UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 05-0689 PVT |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| PETER A. RIZO, et al., | ) ) | |
| Defendants. | ) ) | |

    On July 19, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

    IT IS HEREBY ORDERED that the parties shall participate in an early settlement conference before a Magistrate Judge. The parties shall promptly contact Magistrate Judge Richard Seeborg's chambers to schedule the settlement conference. If the parties are unable to obtain a mutually acceptable date on Judge Seeborg's calendar, they shall contact Magistrate Judge Howard R. Lloyd's chambers to schedule the settlement conference.

    IT IS FURTHER ORDERED that the Case Management Conference is continued to November 15, 2005 at 2:00 p.m.

Dated: *7/19/05*

                                 */s/ Patricia V. Trumbull*
                                 PATRICIA V. TRUMBULL
                                 United States Magistrate Judge